UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOSEPH CHARLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATASCADERO STATE HOSPITAL,<br><br>　　　　Defendant. | Case No. 24-cv-07225-TSH<br><br>**ORDER OF TRANSFER** |

Plaintiff, a patient or parolee housed at Atascadero State Hospital in San Luis Obispo County, California, has filed this *pro se* civil rights action against Atascadero State Hospital, alleging that he has incorrectly been referred to as an inmate; he has not received paper versions of his complaints for months; and years were added to his parole despite his sentencing order stating a "max date" of 11-14-24 with no mention of either parole or probation. *See generally* Dkt. No. 1. Venue generally is proper in a judicial district in which: (1) any defendant resides, if all defendants are residents of the state in which the district is located; (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) any defendant is subject to the court's personal jurisdiction, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). The named defendant is an entity located in San Luis Obispo County. The alleged events took place in San Luis Obispo County. San Luis Obispo County lies within the venue of the Central District of California. *See* 28 U.S.C. § 84(c). Venue therefore properly lies in the Central District of California. *See id.* § 1391(b).

//

//

1   Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. §
2   1406(a), this action be TRANSFERRED to the United States District Court for the Central District
3   of California. The Clerk is directed to close the case.
4   **IT IS SO ORDERED.**

6   Dated:   November 4, 2024

*[signature]*
THOMAS S. HIXSON
United States Magistrate Judge

2